IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
**Alexandria Division**

| | |
|---|---|
| MADURO DISTRIBUTORS, INC., ) | |
| ) | |
| *Plaintiff*, ) | |
| v.  ) | |
| ) | No. 1:24-cv-1865 (PTG/LRV) |
| LOONVAPE.COM, ) | |
| ) | |
| *Defendant*. ) | |
| ) | |

## ORDER

This matter comes before the Court on the October 29, 2025 Report and Recommendation ("R&R") from Magistrate Judge Lindsey R. Vaala regarding Plaintiff's Motion for Default Judgment as to Defendant domain name loonvape.com (Dkt. 9). Dkt. 15. Judge Vaala advised the parties that objections to the R&R must be filed within fourteen (14) days of service and failure to object waives appellate review. Dkt. 15 at 12. To date, no objections have been filed.

Having conducted a de novo review of the record, the Court **APPROVES** and **ADOPTS** the findings of the Magistrate Judge in full and the recommendations of the Magistrate Judge in part, as follows. It is hereby

**ORDERED** that Plaintiffs' Motion for Default Judgment (Dkt. 9) is **GRANTED**; it is further

**ORDERED** that judgment is **ENTERED** by default in favor of Plaintiff Maduro Distributors, Inc. and against Defendant domain name loonvape.com; it is further

**ORDERED** that NameCheap is **DIRECTED** to change the registrar(s) of record for the Defendant domain name loonvape.com to Plaintiff's domain name registrar of choice as may be directed by Plaintiff or its representatives in writing; and it is further

1

**ORDERED** that Plaintiff's registrar of choice is **DIRECTED** take all necessary steps to have Plaintiff listed as the registrant for Defendant loonvape.com.

The Clerk of Court is directed to enter judgment in favor of Plaintiff, and against Defendant, as set forth above, pursuant to Federal Rule of Civil Procedure 55. The Clerk is further directed to forward a copy of this Order to all parties of record.

To appeal this decision, Defendant must file a written notice of appeal with the Clerk of the Court within thirty (30) days of the date of entry of this Order. A notice of appeal is a short statement indicating a desire to appeal, including the date of the order Defendant wants to appeal. Defendant need not explain the grounds for appeal until so directed by the court of appeals. Failure to file a timely notice of appeal waives Defendant's right to appeal this decision.

Entered this 25th day of February, 2026.
Alexandria, Virginia

/s/
Patricia Tolliver Giles
United States District Judge